IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICHARD RUSSELL,
    Petitioner,

vs.                                         Case No.  3:13cv519/LAC/EMT

FLORIDA DEPARTMENT OF CORRECTIONS,
    Respondent.
_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 24, 2015 (doc. 39).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of the objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The petition for writ of habeas corpus (doc. 1) is **DENIED**.

3.     Petitioner's "Motion to Request/Compel Discovery" (doc. 35) and "Request for an Evidentiary Hearing with his Suggestions in Support" (doc. 37) are **DENIED**.

4.     A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 13th day of May, 2015.

                                                        s/*L.A. Collier*
                                                        **LACEY A. COLLIER**
                                                        **SENIOR UNITED STATES DISTRICT JUDGE**